**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Daisy Brown, Donovan K. Scott, and John Doe,
Defendants,

Of whom Daisy Brown is the Appellant

And

Donovan K. Scott is a Respondent.

In the interest of minors under the age of eighteen.

Appellate Case No. 2023-001565

———————————

Appeal From Richland County
Gwendlyne Y. Jones, Family Court Judge

———————————

Unpublished Opinion No. 2024-UP-173
Submitted May 8, 2024 – Filed May 13, 2024

———————————

**AFFIRMED**

———————————

Jennifer Lynn Mook, of Law Office of Jennifer Mook, LLC, of Aiken, for Appellant.

Machelle Yvonne Thompson, of Thompson & Sete'fano, LLC, of Columbia, as Guardian ad Litem for Appellant.

Carolyn Rose Sutherland, of South Carolina Department of Social Services, of Columbia, for Respondent South Carolina Department of Social Services.

Angela L. Kohel, of Richland County CASA, of Columbia, for the Guardian ad Litem for the minor children.

---

**PER CURIAM:**  Daisy Brown appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**GEATHERS, HEWITT, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.